JORDAN, Circuit Judge,
concurring.
I join Parts I, II, and IV of the majority opinion. I also agree whole-heartedly with the conclusion in Part III that we lack jurisdiction to consider New Jersey’s argument that the Nuclear Regulatory Commission (“NRC”) was required under the National Environmental Policy Act (“NEPA”) to issue an Environmental Impact Statement with NUREG-1757. If Part III were confined to an expression and explanation of that conclusion, I would have no occasion to write separately. Unfortunately, however, the majority goes on in Part III to address the merits of New Jersey’s argument. It reviews a NEPA exclusion in an NRC regulation and opines that, “[bjecause NUREG-1757 is not a binding document but a guide without legal obligations, it is covered by [that] exclusion.” Regardless of whether that is a sound interpretation and application of the regulation, I feel compelled to concur, rather than join Part III, since I am persuaded that we ought not opine on the merits of a matter that we have no jurisdiction to consider.